IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS DAVIS,

    Plaintiff,

v.                                                         CASE NO. 1:08-cv-00203-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Attorney Fees Pursuant to the Equal Access to Justice Act by Thomas Davis, Doc. 30. Plaintiff requests $4,122.69 in fees. Defendant has responded, Doc. 31, and recites that the parties have agreed to the amount of $3,861.69 for the award. Defendant also recites that the fee award is currently payable to the party, not the attorney. *See* Reeves v. Astrue, 526 F.3d 732 (11th Cir. 2008). Accordingly, the Motion for Attorney Fees is GRANTED IN PART. The Court hereby awards $3,861.69 to Plaintiff for attorneys' fees under the EAJA. Because Plaintiff's motion includes no assignment of fees to Plaintiff's counsel, the fee shall be paid directly to Plaintiff.

    **DONE AND ORDERED** this  *5th*  day of January, 2010

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge